**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
TRUSTEES OF THE NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS
PENSION FUND, WELFARE FUND, ANNUITY
FUND, AND APPRENTICESHIP, JOURNEYMAN
RETRAINING, EDUCATIONAL AND
INDUSTRY FUND, TRUSTEES OF THE NEW
YORK CITY CARPENTERS RELIEF AND
CHARITY FUND, THE NEW YORK CITY AND
VICINITY CARPENTERS LABOR-
MANAGEMENT CORPORATION and the NEW
YORK CITY DISTRICT COUNCIL OF
CARPENTERS,

                    Petitioners,                    21 **CIVIL** 2801 (KPF)

          -against-                                 **JUDGMENT**


    INNOVATION DESIGNS INC.,

                    Respondent.
------------------------------------------------------------X

          It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Opinion and Order dated October 18, 2021, the Petition is granted. Judgment

is entered in the amount of $5,826.40; consisting of (i) the arbitration award of $2,900; (ii) $118

in prejudgment interest; (iii) $2,699 in attorneys' fees; (iv) and $109.40 in costs. Post-judgment

interest will accrue at the statutory rate pursuant to 28 U.S.C. § 1961; accordingly, the case is

closed.

**Dated:**  New York, New York
          October 19, 2021                    **RUBY J. KRAJICK**
                                        _____
                                              **Clerk of Court**

                              **BY:**  _David J. Llanos_
                                        _____
                                              **Deputy Clerk**